Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BOUALIENE SYPRASERT,<br><br>　　　　Defendant. | No. 1:17-cv-00378-DAD-EPG<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER THEREON** |

1     **WHEREAS,** a Mandatory Scheduling Conference in this matter is set for June 22, 2017 (Dkt. 3-1);

    **WHEREAS,** Plaintiff Jose Trujillo ("Plaintiff"), and Defendant, Boualiene Syprasert ("Defendant," and together with Plaintiff, "the Parties") are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve Court resources and attorney's fees;

    **NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for June 22, 2017 to a date at the Court's convenience on or after July 21, 2017.

Dated: June 12, 2017                      MISSION LAW FIRM, A.P.C.

                                             */s/ Zachary M. Best*
                                             Zachary M. Best
                                             Attorneys for Plaintiff,
                                             Jose Trujillo

Dated: June 12, 2017                      OWDOM LAW FIRM

                                             */s/ Matthew D. Owdom*
                                             Matthew D. Owdom
                                             Attorneys for Defendant,
                                             Boualiene Syprasert

# **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for June 22, 2017 is continued to August 7, 2017 at 9:00 AM in Courtroom 10, before Magistrate Judge Erica P. Grosjean. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **June 13, 2017**  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER