**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>  vs.<br><br>BOUALIENE SYPRASERT ;<br><br>        Defendant. | No. 1:17-cv-00378-DAD-EPG<br><br>**SECOND REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |

WHEREAS, Plaintiff Jose Trujillo ("Plaintiff") filed a Notice of Settlement of Entire Action on September 5, 2017 (Dkt. 11);

WHEREAS, in his Notice of Settlement, Plaintiff requested until October 9, 2017, and was graciously given until October 13, 2017 to afford the parties time to complete settlement, and file dispositional documents (Dkt. 12);

WHEREAS, as a condition precedent to filing a stipulation for dismissal of entire action with prejudice pursuant to the terms of the settlement agreement, the settlement payment was to be received by Plaintiff from Defendant, Boualiene Syprasert ("Defendant") on

1

1 | September 22, 2017; however, such settlement payment still has not yet been received despite
2 | repeated reminders from Plaintiff's counsel;

3 |     WHEREAS, Defendant's counsel acknowledged that the settlement payment has not
4 | yet been received;

5 |     WHEREAS, Plaintiff will continue to follow-up on the late settlement payment, in
6 | accordance with the settlement agreement;

7 |     WHEREAS, Plaintiff requested, and the Court ordered, that the Parties have until
8 | October 27, 2017 (Dkt. 14) to file dispositional documents;

9 |     NOW, THEREFORE, Plaintiff hereby respectfully requests that the time within which
10 | dispositional documents must be filed be further extended to November 10, 2017.

Dated: October 26, 2017        MISSION LAW FIRM, A.P.C.

                                  */s/ Zachary M. Best*
                                  Zachary M. Best
                                  Attorney for Plaintiff,
                                  Jose Trujillo

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the application is GRANTED. The parties' time within which to file dispositional documents is extended to November 10, 2017.

IT IS SO ORDERED.

Dated: **October 27, 2017**  /s/ Elicia P. Grosjean
UNITED STATES MAGISTRATE JUDGE