Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff,
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>BOUALIENE SYPRASERT ;<br><br>    Defendant. | No. 1:17-cv-00378-DAD-EPG<br><br>**THIRD REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |

WHEREAS, Plaintiff Jose Trujillo ("Plaintiff") filed a Notice of Settlement of Entire Action on September 5, 2017 (Dkt. 11);

WHEREAS, in his Notice of Settlement, Plaintiff requested until October 9, 2017, and was graciously given until October 13, 2017 to afford the parties time to complete settlement, and file dispositional documents (Dkt. 12);

WHEREAS, as a condition precedent to filing a stipulation for dismissal of entire action with prejudice pursuant to the terms of the settlement agreement, the settlement payment was to be received by Plaintiff from Defendant, Boualiene Syprasert ("Defendant") on

Page 1

September 22, 2017; however, such settlement payment still has not yet been received despite repeated reminders from Plaintiff's counsel;

WHEREAS, Defendant's counsel acknowledged that the settlement payment has not yet been received from his client;

WHEREAS, Plaintiff requested, and the Court ordered, that the Parties have until November 10, 2017 (Dkt. 16) to file dispositional documents;

WHEREAS, Plaintiff will file a motion for contempt and/or sanctions against Defendant if the settlement payment is not received by November 28, 2017;

NOW, THEREFORE, Plaintiff hereby respectfully requests that the time within which dispositional documents must be filed be further extended to November 28, 2017.

Dated: November 10, 2017    MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Jose Trujillo

## **ORDER**

Upon request of Plaintiff and good cause appearing.

**IT IS HEREBY ORDERED** that the time within which dispositional documents must be filed be extended to November 28, 2017.

IT IS SO ORDERED.

Dated: **November 13, 2017**     /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE